**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8377**

ANNIS RECARDO LLOYD,

                    Plaintiff - Appellant,

          v.

CONNIE JORDAN; JUDGE J. HOCKENBURY; JUDGE LANIER; RODDEY
BROWN,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Dever, III,
District Judge.  (5:08-ct-03119-D)

Submitted:  February 19, 2009        Decided:  February 27, 2009

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Annis Recardo Lloyd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annis Recardo Lloyd appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006).  We have reviewed the record and find that this appeal is frivolous.  Accordingly, we dismiss the appeal for the reasons stated by the district court.  Lloyd v. Jordan, No. 5:08-ct-03119-D (E.D.N.C. Oct. 30, 2008).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED